John H. Hughes Jr. SO# | In the United States District Court
vs        Petitioner | for Tarrant County, Texas
The State of Texas | 918 East Taylor St
Hon Graham Quisenberry | Fort Worth Texas 76102
in the 415th District Court |
of | 4-23CV-984-Y
Parker County Texas |

Respondant          Cause's No. CR-23-0375

Appilication for Writ of Man-damus, under the authority of 28 U.S.C. §1651 Appling for a Ex Re | pime faci's as in Johnson vs Avery Spa, to Petition the Courts

## Introduction

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 26 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Comes Now John Henry Hughes Jr. SO#879421 in this vechel as your Petitioner Cause No CR23-0375, Agg Assault l/w, Deadly Weapon. Your Petitioner contends that He is not Even a layman at law, as in Potts vs. Estelle spa. But to except, His Appilication with less standard as prepared and presented By At A Attorney at law.

## I.

Your Petitioner contends that, He is aquintied with the Court Sysem Here at Parked County, Texas known as the city of Weatherford. Tx, that in fact, I was tried Here in 1987. Cause # 9973. Before Judge mullens, no doute they still use means as witch craft, as in part for a form of Coercion, or dieving Medical Attention or Acts or means of Having a person to pled out, or make a plea Barg in in order gain a Guilty plea, like a Karroo's court system. It Doesnt comply with Due process of the 14th amend. or the minium of the equal Prection set fourth in the 14th amend.

## II

Your Petitioner contends that He was Released from prison Texas Depart of Corrections TDCS, under TDCS 541227 your

P1 of 6.

Petitioner did spend 32 calanders years there on A 30 year sentence, He came out approximatly 4-6-2019 He came out through the Halfway House At 600 W. Henderson or 199 Hwy, ft Worth Texas 76102

### III

Your Petitioner stayed on the streets, Because the Housing Authority Here At Parker county would give me A Place To Live, they Stalked me, their was several Attempts on my life, I Had To Sleep on the Bench At the chamber of Commers At 401 Hwy 80 East, the police were call on me so many Times I can't Ever Say How many My SS. Socienl Sereuikty was Shut off, serval, Times, My EBt Texas Benifitt card, was Cut off, My pace Arrow. Motor. 1986 was Sabotaged My 1999 chevy S10, My 2002 Vstar motorcycle, My 2009 Volks wagon mini van. Tx plates RRS-0076.

### IV

Your Petitioner Respectfully Request that The Above Honorable court order my court Appointed Lawyer MR Trey E Loftin Bar card Number 24004774. Address 601 North F.M. 1187. Suite 3. Phone 817-441-8933 FAX 817-441-1326 Aledo, Texas 76008 To Submitt A Subpoena A Judicial Writ of Heas-coRpus of Dueces Tectum. To produce All Security Taps Walmarts. Parking Weatherford. Texas, Walmarts Auto department Mineral Wells Texas, Lowes Super maret, Jacks Boro Texas, Butterfield motel when your Petitioner Rented Room #9 Jacks Boro Texas, All credit cards Camerica, 1st Bank of

Page 2 of 6

In the United States District Court of Tarrant county Texas

Texas, 220 Pala Pinto Hwy 80 West, West Weatherford TX 76086 Wells Fargo Bank And Trust 55 South Main St Blanding utha, Southside Community Bank 318 South Main St Weatherford Texas 76086, Security Taps Texas Department public Safty on Bowie St Weatherford Texas, 76086, Texas department of public Safty Mineral Wells Texas, 76067 John Henry Hughes Jr. Texas Class A DL#10502993, Texas CDL's 3338444, Colo Chuveture: Lin# _____, Arkansas Chur hisience _____ winnie peg cancla. feb 19, 1947, SS: social Security number 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 Birthcertif #1263 Tarrant county Texas 76102 Health department vital stiticies, The FBI, NCIC's US Army serial number RA18691642

V

Your Petitioner Respectfully Request that this Honorable Court pay close attention from the date of Feb 5th, 1981 to the present date of September. 14th 2023, your Petitioner Respectfully states He was Released to the LaSalle Correctional fro Parker county Jail 612 Lameson St Weatherford Texas 76086, on are about the 16th day of July 2023 your Petitioner was Released to the custody Parker county Deputy from Susanville California Sheriff dupties, copal McMullens, your Petitioner And the Parker county sheriff was Detained in Salt Lake city utha, No federal Extroadiction through the courts from Salt Lake city to Alanta GA, Delta Air Lines

Page 3 of 4

## VI

Introducing under the Authority 28 U.S.C. § 2254. Judicial Writ of Habeas Corpus Duces Tectum. Your Petitioner Respectfully claims, He was placed on Administration Segeration on M11 and also M14 Cell where He was denied Medical Treatment Because His Medicare isn't Any good in the City of Weatherford Texas or His Medical To purchase, Medication, Medical Shoes where your Petitioner was Given a month Supply of Medication K.O.P, with a Black Bag that attaches To His wheel Chair to Hold His Medication in But its Considered Contraband Here. Lasalle Corrections Parker County Jail your Petitioner Stayed in those Cells for over 60 days, No TV, No Commissary No Telephone, No Writting Meterenl, No Communtation with The Courts, No Communtation with His Lawyer. No Bond.

## VII

Your Petitioner Respectfully Asked The Court Where does Due process of Law Begain, or The Equal Protection of The Law Begain, 14th Amendment. And 5th And 8th Amend Right To Medical Treatment. Right To Free From inadvertance

## VIII.

Your Petitioner Respectfully Agree's That inveritance is introduced into His Cause Number's 9973- Bt 2857 also CR23-0375 Et-Al Cause Numbers

## VIIII.

Your Petitioner Asked This Honoreable Court, To Ask His parole

Page 4 of 6

Ms Sedene Josph at 999 Cross post Rd. at Mineral Wells Texas, she's was at the house at 209 Eureka St 2 Times a week for 3 months, where I stayed in Room where the Parole Board, Johnnie Joann DeJoe Clark was Housed at, she explained or told the Parol Board And Social Security off, that I couldn't stay there. To get off Her porch, it was Cold and freezing, I Had no Coat or Jacket, I got me Post office Box At Perrin Texas, P.O. Box 62 I Had my mail sent there, with change of address, my Stimless Checks were suppose Go there, I Had Electric surevalance put But the mail man Keep Taking my mail To 209 Eureka St. I Had 5 telephones in my Name, they were stolen, Weatherford Texas 76086

X.

Your Respectfully Claims He is entitled To Red Ress under Color of State And federal Law, for punitive damages No to exceed 25,000, from Et-Al officer's who Government office Et-Al, Nominal damages, not To Exceed 5 million dollars, Lawyers fees, Court fees, Appeal fees, Montary damages Sought, Asking All Relief Sought Be Granted, your Petitioner Be Released from incareration state, federal instutations LaSalle Corrections Parker County Jail 612 Lameson St Weatherford TX 76086

XI.

your Petitioner pro-se By and through his Lawyers

Page 5 of 6

A Tort of Suite of Equity Be issued As introduced By 28 U.S.C. §2241 Also 28 U.S.C. §2255 writ of Habeas Corpus to Bring this motion or writ to introduce 28 U.S.C. § 2242 for a civil action complaint 42 U.S.C. §1983 for civil Rights violation; your Petitioner states He knows there is Communist Party located Here in Parker County Texas City of Weatherford Tx. 74086 He Has Read the signes But He is not A member of the party, your Petitioner does state He is A card Holder, of the Ku Klux Klan, C 3031 Actdimic Knights, under Bill Sickles. But i don't Recrute or Attend Rallies

### XII

Wherefore your Petitioner Respectfully Request That this Application for writ of mandamus Be Granted and your petitioner Be Released from the Custody of the Lasalle Corrections Parker County Jail and All charges Be droped for want of proscutation. It is so Requested. And Any and All Relief Be Granted.

Respectfully Requested

Dated on this 14th day of September 2023

Notory not Available
28 U.S.C. §1746

S/John H.Hughes jr. So#8;
So#879421
S/john H Hughes jr.

Page 6 of 6

John H. Hughes Jr.  
SO# 87-94-21   Petitioner  
vs  
The State of Texas,  
Hon: Graham Quisenberry  
In the 415 District Court  
Parker County, Texas   Respondant

In The United States District Court  
of Tarrant County, Texas  
918 East Taylor St  
Fort Worth Texas, 76102

## Cover Sheet

For Application for Writ of Mandamus under the Authority 28 U.S.C. §1651. To Dismiss And Drop all Charges Pending in Cause Number, CR-23-0375

### I Introduction

Comes Now John H Hughes Jr. SO#879421 - In This Vehicle Applying for An Ex Rel prime facis Case as in Johnson U.S. Avery SpA. To petition the Courts, your petitioner is an inartfull pleader, An not even a layman at law. As in Potts v Estelle, that your Petitioner has and is still being Denied Due process of law, Also The Equal Protection of the laws, under Authority of 14th Amendment. And 6th And 8th cruel and unusual punishment, to the point of Conioen. your petitioner states he is a victim of inavertence.

Your Petitioner Realize, Not all legal Repsentation will Reach the effective assisntice of Counsel, as Perry Mason, Ward Casey, or F. Lee Bailey Jr. But Counsel, and a Trail Court has to be more than a mockery of the Judicial Sysem, to Be Certin a person has a fair hearing and Repersentation in Court. So it was written so it was said,

on this Date 14th day of September 2023

Notary not available

Respectfully Submitted  
John Henry Hughes Jr.  
John Henry Hughes JR.

Page 1 of 2

28 USC §1746                    Indigent Petitioner pro-se
By and through his Attorney at Law.
Trey E. Loftin Bar Card Number 24004774
601 Nort F.M. 1187, Suit 3, Phone 817 441-8933
Fax 817-441-1326, Aledo Texas, 76008

A writ of Ad Testacondum Be issued 28 USC § 2255
with Hearing in Court. And Motions Be filed
1. A Bond Hearing
2. Weight And Sufficive of ~~Edu~~ Evidence
3. A writt of Ducess Tectum Be filed for the Security, of walmart, Taps, of All Proceedings.
4. The Right To Confornt wittness
5. Rule # 37.13 Applies.
(6) All personal property Be Returned credit cards. Car, walet, EDT cards medicare medical, welfare, Jpay Debit card, Wells Fargo Bank and Trust, 1st Bank of Texas Visa Debit, Camerica Debit, Visa, Texas ID Cards, Class A, 10502293, Social Security card, Aduange master card. S/B Community Bank, Any And All Cash money, Auto Vichil Etc. All Telephones Regeristied to plantiff. All Seach ~~toart~~ warntes

Respectfully Submitted.
John Henry Hughes pre.

3 exbits Being ~~ten~~
entered to court.
on this 14th day of Sept 2023
Page 2 of 2

Ipny card- Personal prop. 28 U.S.C. 81744
BF 2853
ID: 9H-144 CDC  Printed Name: JOHN H. HUGHES JR
Location: 7-18-2023  Signature: John H. Hughes Jr
Date: 7-18-2023  *I authorize the deduction of funds to pay for the items selected.

Revised 8/8/2022

| Code | Item | Price | Code | Item | Price | Code | Item | Price |
|---|---|---|---|---|---|---|---|---|
| 1000 | *HOT COCOA (SMALL) 1 O | 0.55 | 3290 | THERMAL PANTS NATUR/ | 8.93 | 5321 | *CHILI W/ BEANS 11.25 OZ | 3.25 |
| 1010 | 2 *COFFEE FREEZE DRIED C | 4.96 | 3300 | THERMAL TOP 5XL | 11.37 | 5322 | *HOT CHILI WITH BEANS | 3.25 |
| 1013 | 2 *NESCAFE TASTERS CHOI | 0.54 | 3310 | THERMAL TOP 6XL | 11.37 | 5323 | *SPANISH RICE 2 OZ | 1.54 |
| 1030 | 2 *KEEFE COLUMBIAN FREE | 4.96 | 3320 | THERMAL TOP NATURAL | 11.37 | 5326 | *BC BEEF SUMMER SAUS/ | 3.50 |
| 1031 | 2 *KEEFE FRENCH VANILLA | 0.70 | 3450 | THERMAL PANTS NATUR/ | 10.50 | 5334 | 1 *CREAM CHEESE W/JALAI | 1.25 |
| 1060 | SPRITE 20 OZ BOTTLE | 1.89 | 3451 | THERMAL PANTS NATUR/ | 11.37 | 5403 | *SALMON FLAKES IN WAT | 2.50 |
| 1070 | DR PEPPER 20 OZ BOTTLE | 1.89 | 3460 | THERMAL PANTS NATUR/ | 11.37 | 5420 | 5 *CHUNK LIGHT TUNA IN V | 3.00 |
| 1071 | DIET DR PEPPER 20 BOTTL | 1.89 | 3461 | THERMAL PANTS NATUR/ | 11.37 | 5430 | *BEEF STEW 11.25 OZ | 3.25 |
| 1080 | 4 COKE 20 OZ BOTTLE | 1.89 | 3480 | PANTY WHITE SIZE 10 | 2.81 | 5432 | *BEEF CRUMBLES 6 OZ | 3.25 |
| 1090 | DIET COKE 20 OZ BOTTLE | 1.89 | 3490 | PANTY WHITE SIZE 11 | 3.09 | 5435 | *4 CHEESE INSTANT POTA | 3.00 |
| 1092 | POWERADE BLUE BERRY | 2.05 | 3491 | PANTY WHITE SIZE 12 | 3.09 | 5440 | *DICED CHICKEN BREAST | 5.15 |
| 1093 | POWERADE FRUIT PUNCH | 2.05 | 3500 | PANTY WHITE SIZE 5 | 2.54 | 5450 | *MACKEREL FILLETS IN O | 2.00 |
| 1111 | *BOTTLED WATER 16.9 OZ | 0.75 | 3510 | PANTY WHITE SIZE 6 | 2.54 | 5511 | 1 *FLOUR TORTILLAS, SAYU | 3.97 |
| 1151 | N/S SS TEA W/LEMON | 0.40 | 3520 | PANTY WHITE SIZE 7 | 2.54 | 5520 | 1 *SEVILLA REFRIED BEANS | 2.89 |
| 1152 | SS FRUIT PUNCH | 0.43 | 3530 | PANTY WHITE SIZE 8 | 2.54 | 5540 | *SEVILLA BEANS & RICE I | 2.89 |
| 1153 | 10 SS LEMONADE | 0.43 | 3540 | PANTY WHITE SIZE 9 | 2.81 | 5541 | *VELVEETA CHEESY RICE | 1.54 |
| 1154 | 10 SS ORANGE DRINK | 0.43 | 3549 | SPORTS BRA WHITE SZ 32 | 8.93 | 5544 | *SEVILLA BEANS & RICE ( | 2.89 |
| 1158 | WYLER'S LIGHT ISLAND PI | 2.44 | 3550 | SPORTS BRA WHITE SZ 34 | 8.93 | 5550 | *SEVILLA REFRIED BEANS | 2.89 |
| 1159 | WYLER'S LIGHT ISLAND PI | 2.44 | 3560 | SPORTS BRA WHITE SZ 36 | 8.93 | 5705 | 4 *SWEET BABY RAYS BBQ | 1.00 |
| 1161 | WYLER'S LIGHT ISLAND PI | 2.44 | 3570 | SPORTS BRA WHITE SZ 38 | 8.93 | 5720 | *GRAPE JELLY 1 OZ. | 0.50 |
| 1162 | WYLER'S LIGHT ISLAND PI | 2.44 | 3580 | SPORTS BRA WHITE SZ 40 | 8.93 | 5721 | *GRAPE JELLY 20 OZ | 5.25 |
| 5221 | 2 *INSTANT NONFAT DRY MI | 3.70 | 3591 | SPORTS BRA WHITE SZ 42 | 8.93 | 5722 | *STRAWBERRY JELLY 20 ( | 5.25 |
| 5890 | *CREAMER 10 PACKETS | 0.75 | 3600 | TUBE SOCKS WHITE | 1.95 | 5780 | 2 *HOT SAUCE 12PK | 0.95 |
| 5891 | *10/PK SWEETMATE PINK | 0.60 | 3620 | X-STRAP SHOWER SHOES | 2.92 | 5832 | *BC SUMMER SAUSAGE SI | 3.50 |
|  |  |  | 3621 | X-STRAP SHOWER SHOES | 2.92 | 5840 | *INSTANT WHITE RICE 8 C | 2.00 |
| 2000 | BUTTERSCOTCH | 1.73 | 3622 | X-STRAP SHOWER SHOES | 2.92 | 5850 | *MACARONI & CHEESE 3 | 2.00 |
| 2010 | M&M W/ PEANUTS 1.74 OZ | 1.95 | 3623 | X-STRAP SHOWER SHOES | 2.92 | 5870 | 1 *MAYONNAISE 12 PACKET | 1.55 |
| 2040 | KIT KAT | 1.95 | 3630 | RAWLINGS TENNIS SHOE | 38.97 | 5871 | *KETCHUP 12 PACKETS | 0.95 |
| 2050 | SNICKERS CANDY BAR 1.8 | 1.95 | 3631 | RAWLINGS TENNIS SHOE | 38.97 | 5872 | *MUSTARD 12 PACKETS | 0.95 |
| 2060 | REESE'S PEANUT BUTTER | 1.95 | 3632 | RAWLINGS TENNIS SHOE | 38.97 | 5910 | *SALT 10 PACKETS | 0.32 |
| 2100 | MILKYWAY CANDY BAR 1 | 1.95 | 3633 | RAWLINGS TENNIS SHOE | 38.97 | 5911 | *PEPPER 10 PACKETS | 0.32 |
| 2120 | M&M PLAIN 1.69 OZ | 1.95 | 3634 | RAWLINGS TENNIS SHOE | 38.97 | 5940 | 10 *SQUEEZUM PEANUT BUT | 0.65 |
| 2210 | 1 HERSHEY'S MILK CHOC 1. | 1.95 | 3635 | RAWLINGS TENNIS SHOE | 38.97 | 5960 | *BEEF STICKS TWIN 1.0 O | 1.75 |
| 2212 | 10 ZERO BAR 1.85 OZ | 1.95 | 3636 | 1 RAWLINGS TENNIS SHOE | 38.97 | 6500 | 10 *QUAKER MAPLE BROWN | 0.50 |
| 2240 | SKITTLES | 1.95 | 3637 | RAWLINGS TENNIS SHOE | 38.97 |  |  |  |
| 2250 | ATOMIC FIREBALLS 4 OZ | 1.73 | 3638 | RAWLINGS TENNIS SHOE | 38.97 | 7000 | *ATH FOOT CREAM 1% TO | 4.50 |
| 2290 | BUTTERFINGER | 1.95 | 3639 | RAWLINGS TENNIS SHOE | 38.97 | 7020 | *IBUPROFEN (2PK) | 0.65 |
| 2325 | VANILLA CARAMELS 3 OZ | 1.73 | 3640 | RAWLINGS TENNIS SHOE | 38.97 | 7093 | *ORAL PAIN RELIEF GEL . | 3.69 |
| 2350 | STARLITE MINTS 3.75 OZ | 1.73 | 3641 | RAWLINGS TENNIS SHOE | 38.97 | 7160 | *ANTACID 1-ROLL EXTRA | 1.95 |
| 5750 | HERSHEY'S W/ ALMONDS | 1.95 | 3642 | RAWLINGS TENNIS SHOE | 38.97 | 7170 | *APAP ACETAMINOPHEN 3 | 0.65 |
|  |  |  | 3740 | CANVAS SLIP ON SHOE WI | 11.85 | 7200 | 1 COUGH DROPS CHERRY 3 | 2.00 |
| 3010 | T-SHIRT LARGE WHITE NC | 4.49 | 3741 | CANVAS SLIP ON SHOE WI | 11.85 | 7204 | MULTI VITIAMINS W/ IROP | 4.00 |
| 3020 | T-SHIRT XL WHITE NO PO | 4.49 | 3742 | CANVAS SLIP ON SHOE WI | 11.85 | 7205 | MULTI VITAMINS | 4.00 |
| 3030 | T-SHIRT 2XL WHITE NO PC | 6.66 | 3743 | CANVAS SLIP ON SHOE WI | 11.85 | 7207 | VITAMIN C 500MG 100/BT | 4.75 |
| 3040 | 5 T-SHIRT 3XLWHITE NO PO | 6.66 | 3744 | CANVAS SLIP ON SHOE WI | 11.85 | 7208 | VITAMIN B12 500 MG 100B | 4.75 |
| 3050 | T-SHIRT 4XL WHITE NO PC | 7.52 | 3745 | CANVAS SLIP ON SHOE WI | 11.85 | 7240 | *EYE DROPS .5OZ | 3.40 |
| 3060 | T-SHIRT 5XL WHITE NO PC | 7.52 | 3746 | CANVAS SLIP ON SHOE WI | 11.85 |  |  |  |
| 3070 | BOXER LG WHITE | 4.06 | 3747 | CANVAS SLIP ON SHOE WI | 11.85 | 6000 | COTTON SWABS | 2.11 |
| 3080 | BOXER XL WHITE | 4.06 |  |  |  | 6010 | 1 DIAL ANTIBAC SOAP CLE/ | 2.54 |
| 3090 | BOXER 2XL WHITE | 4.60 | 2583 | *POPTART, STRAWBERRY | 1.40 | 6015 | Facial & Body Soap #3 Wrapp | 0.81 |
| 3091 | BOXER 5 XL WHITE | 5.14 | 5030 | *CHICKEN NOODLES 3 OZ | 0.85 | 6019 | 1 CLOSE UP TOOTHPASTE G | 3.79 |
| 3100 | T-SHIRT MEDIUM WHITE N | 4.49 | 5060 | 5 *CHILI NOODLES 3 OZ | 0.85 | 6020 | 1 IRISH SPRING ICY BLAST S | 1.89 |
| 3110 | BOXER MEDIUM WHITE | 4.06 | 5070 | *SPICY VEGETABLES NOO | 0.85 | 6043 | ANTIBACTERIAL DEODOR | 0.32 |
| 3130 | WASH CLOTHING WHITE 1 | 1.03 | 5080 | *SHRIMP NOODLES 3 OZ | 0.85 | 6072 | THERA-GEL DANDRUFF SI | 7.25 |
| 3133 | HANDKERCHIEF | 1.95 | 5081 | *LIME CHILI SHRIMP NOOI | 0.85 | 6096 | V05 SHAMPOO 12.5 OZ - S( | 3.52 |
| 3140 | CREW SOCKS WHITE | 1.95 | 5100 | *RANCH SALAD DRESSINC | 0.89 | 6097 | V05 CONDITIONER 12.5 OZ | 3.52 |
| 3150 | BOXER 3XL WHITE | 4.60 | 5110 | *PEANUT BUTTER - CREAI | 5.36 | 6101 | 1 #5 SOAP BOX CLEAR | 1.08 |
| 3160 | BOXER SMALL WHITE | 4.06 | 5161 | *SQUEEZE CHEESE JALAP | 1.25 | 6110 | COLGATE TOOTHPASTE A | 3.25 |
| 3170 | 5 BOXER 4XL WHITE | 5.14 | 5162 | *SQUEEZE CHEESE, SHAR | 1.25 | 6117 | EUCERIN MOISTERIZING ( | 17.05 |
| 3180 | T-SHIRT SMALL WHITE NC | 4.49 | 5175 | *VIENNA SAUSAGE CHICK | 2.00 | 6130 | MILITARY BRUSH NO HAN | 2.98 |
| 3190 | THERMAL TOP NATURAL | 8.93 | 5240 | *GV KRUNCH BERRY CER | 4.75 | 6141 | SUAVE A/P DEODORANT 1 | 3.52 |
| 3200 | THERMAL TOP NATURAL | 8.93 | 5241 | *GV FROSTED FLAKES 20 ( | 4.75 | 6162 | LEVEL 10 LIP BALM | 1.92 |
| 3210 | THERMAL TOP NATURAL | 8.93 | 5261 | *KELLOGGS FROSTED FLA | 2.78 | 6174 | SHAMPOO AND BODY WA | 1.60 |
| 3220 | THERMAL TOP NATURAL | 8.93 | 5262 | *KELLOGGS FRUIT LOOPS | 2.25 | 6180 | 1 ROLL ON DEODORANT 1.5 | 2.38 |
| 3230 | THERMAL TOP NATURAL | 8.93 | 5292 | *TOAST EMS BROWN SUG | 1.10 | 6191 | DARK & LOVELY RELAXE | 17.32 |
| 3240 | THERMAL TOP NATURAL | 8.93 | 5310 | *CAJUN CHICKEN NOODL | 0.85 | 6201 | THUMBPRINT TOOTHBRU | 0.38 |
| 3250 | THERMAL PANTS NATUR/ | 8.93 | 5314 | 5 *CAJUN SHRIMP NOODLES | 0.85 | 6220 | 1 COMB | 0.54 |
| 3260 | THERMAL PANTS NATUR/ | 8.93 | 5315 | 5 *TEXAS BEEF NOODLES 3 | 0.85 | 6251 | FLUORIDE TOOTHPASTE . | 0.54 |
| 3270 | THERMAL PANTS NATUR/ | 8.93 | 5317 | 5 *BEEF NOODLES 3 OZ | 0.85 | 6280 | EFFERGRIP 2.5 OZ | 8.54 |
| 3280 | THERMAL PANTS NATUR/ | 8.93 | 5318 | *RALSTON OATMEAL VAR | 5.00 | 6282 | BERGAMOT BLUE 5 OZ HA | 3.90 |
|  |  |  | 5320 | *CHILI NO BEANS 11.25 OZ | 3.25 | 6290 | COCOA BUTTER LOTION 4 | 1.62 |

Exhibit Exhibit (handwritten right margin) 9/21/16 this is case

ID: _____   Printed Name: John H. Hughes Jr

Location: M 10   Signature: John H Hughes Jr

Date: 7-18-2023   *I authorize the deduction of funds to pay for the items selected.

Revised 8/8/2022

Medical 14

| Code | Item | Price |
|---|---|---|
| 6322 | DOVE SENSITIVE SKIN SO | 4.06 |
| 6327 | REGULAR TAMPON INDIV | 0.54 |
| 6329 | SUPER TAMPON INDIVIDU | 0.54 |
| 6344 | PLAYTEX TAMPON REGUL | 14.34 |
| 6360 | INFUZED LOTION COCOA | 3.79 |
| 6400 | MENNEN A/P SPORT TALC | 5.95 |
| 6410 | MURRAY'S POMADE 4 OZ | 3.90 |
| 6420 | POWER UP DEODORANT D | 3.69 |
| 6430 | POWER UP WOMENS A/P D | 3.69 |
| 6441 | MAXI PAD INDIVIDUALLY | 4.21 |
| 6442 | Maxi Thin Pads w/ Wings Lon | 6.70 |
| 6460 | STYLING GEL W/ALOE VE | 4.60 |
| 7101 | DENTURE CLEANSER TAB | 4.33 |
| 8330 | PONYTAIL HOLDER | 0.38 |
| 8082 | AAA BATTERY 2PK | 1.46 |
| 8100 | RADIO | 20.57 |
| 8280 | COLORED PENCILS 24PK | 4.87 |
| 8281 | ADULT COLORING BOOK | 4.00 |
| 8300 | KOSS EARBUDS | 6.47 |
| 8320 | PLAYING CARDS | 3.00 |
| 8350 | SKETCH PAD 8.5 X 11 | 2.25 |
| 8405 | 1 BEVELED PINK ERASER | 1.50 |
| 8406 | 1 CROSS WORD PUZZLE | 2.75 |
| 8407 | FOAM EAR PLUGS | 0.70 |
| 8409 | WORD FIND BOOK | 2.75 |
| 8411 | SUDOKU (RANDOM) | 2.75 |
| 8416 | DOMINOES | 4.00 |
| 2052 | 5 RICE KRISPIE TREAT 1.3OZ | 1.35 |
| 4020 | 5 *VANILLA CREME COOKIE | 1.35 |
| 4030 | 5 *PEANUT CREMES COOKII | 1.35 |
| 4060 | 5 *DUPLEX CREMES COOKII | 1.35 |
| 5000 | *2PK BUDDY BARS SINGLI | 1.00 |
| 5150 | *PICKLE - HOT 9.6 OZ | 1.80 |
| 5303 | SOUR CREAM AND ONION | 1.25 |
| 5305 | BUFFALO WING BLUE CHE | 1.25 |
| 5308 | CHEEZ ITS 1.5 OZ | 1.25 |
| 5309 | 5 WHITE CHEDDER POPCOR | 2.25 |
| 5329 | 5 *GRANOLA BAR - OAT AN | 0.95 |
| 5330 | *MILD DILL PICKLE | 1.80 |
| 5337 | 4 HOT& SPICY BBQ CORN C | 1.25 |
| 5581 | 1 *SALTINE CRACKERS - 1 B | 3.70 |
| 5610 | PEANUTS ROASTED & SAL | 0.90 |
| 5611 | *CAJUN SNACK MIX 3.5 OZ | 1.60 |
| 5614 | *TROPICAL SNACK MIX 4 | 1.60 |
| 5631 | 4 WHOLE SHABANG CHIPS 6 | 2.50 |
| 5635 | CV JALAPENO CHEDDAR I | 3.15 |
| 5642 | 5 DORITOS NACHO CHEESE | 1.35 |
| 5652 | THE WHOLE SHABANG SN | 2.35 |
| 5660 | *COYOTE VALLEY JALAPE | 2.50 |
| 5661 | *COYOTE VALLEY BBQ CI | 2.50 |
| 5682 | TOASTED PEANUT BUTTE | 0.70 |
| 5690 | 6 CHEETOS FLAMIN HOT 1.7 | 1.35 |
| 5691 | 2 CHEETOS CRUNCH 2-OZ | 1.35 |
| 5693 | 4 FRITOS CHILI CHEESE 2 OZ | 1.35 |
| 6790 | 4 HOT SPICY PORK RINDS 2( | 1.85 |
| 5820 | 4 JALAPENO PRETZEL PIECE | 1.25 |
| 5861 | 5 *MINI CHOC CHIP COOKIE | 1.60 |
| 9000 | *MRS FRESHLEY ICED HO | 2.15 |
| 9010 | *CHOCOLATE CUPCAKE 2 | 1.80 |
| 9022 | *OREO BROWNIE 3OZ | 1.80 |
| 9026 | 3 *BANANA MOON PIE | 1.00 |
| 9030 | 4 *GLAZED HONEY BUN 3.5 | 1.80 |
| 9031 | 4 *STRAWBERRY MOON PIE | 1.00 |
| 9036 | 4 *3 PK DONUT STICKS 3OZ | 1.80 |
| 9042 | 1 *DUCHESS CINNAMON RC | 1.50 |
| 6131 | LAUNDRY DETERGENT SI | 1.35 |
| 8030 | 1 50 SHEET RULED PAD LTR | 1.65 |
| 8070 | 2 NO CLASP ENVELOPE 9.5X | 0.45 |
| 8110 | 1 CEREAL BOWL W/LID 24 O | 1.85 |
| 8111 | 1 TUMBLER WITH LID 22OZ | 1.15 |
| 8123 | 1 BIG BOY BOWL 1.6 QT | 5.35 |
| 8124 | 1 HOT POT | 27.15 |
| 8130 | SEASONAL GREETING CAI | 1.65 |
| 8160 | BIRTHDAY CARD | 1.65 |
| 8210 | *STAMPS | 0.59 |
| 8220 | *STAMPED ENVELOPE | 0.72 |
| 8231 | 4 FLEX BLACK PEN | 0.85 |
| 8250 | 2 PENCIL #2 | 0.20 |
| 8310 | PLAIN ENVELOPE | 0.20 |
| 8331 | READING GLASSES, 1.25 | 4.33 |
| 8332 | READING GLASSES, 1.75 | 4.33 |
| 8333 | READING, GLASSES, 2.50 | 4.33 |
| 8334 | READING, GLASSES 1.50 | 4.33 |
| 8335 | READING, GLASSES 2.00 | 4.33 |
| 8412 | MOTHERS DAY CARD | 1.65 |
| 8413 | FATHERS DAY CARD | 1.65 |
| 8414 | EASTER CARD | 1.65 |
| 8418 | LOVE YOU CARD | 1.65 |
| 8419 | KIDS BIRTHDAY CARD | 1.65 |
| 8421 | FRIENDSHIP CARD | 1.65 |

ALL SALES FINAL
CHECK ORDER AT DELIVERY
TAXES ADDED AS NECESSARY

I John Henry Hughes jr State under oath That He is Not A Communist, Are A Terriest Against the United States of America, But I wont to make Commissary. That Give the To Drew Springer There At 106 Austin Ave, Weatherford Texas, 76086, And See if He can get This Approved, Since There is The Communist Headquarters

On this Date of 21, day of ~~July~~ June, 2023

28 U.S.C § 1746
$50,000 law suite wellsfargo 3614
A0044244344 B
~13 Sept 1, 2023 Approx 3:30pm
John Henry Hughes jr.
Feb 19 1947 - SS 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
RA 18691642 - Texas plates RRS-0076

All orders must be placed on the phone

7-21-23

Respectfully Submitted
John Henry Hughes jr
U.S. Army Service Member
RA 18691642
219-1947, - SS 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

5:

4 million

**LASALLE CORRECTIONS**

**Parker County Jail**
**Inmate/Detainee Request for Services** 8-4-2023

*Inmate/Detainee will complete this section.*

| Inmate/Detainee Name: | Inmate/Detainee Number: | Housing Location: | Assignment: |
|---|---|---|---|
| John H Hughes Jr 28 USC §1746 | California Department of Corrections B+2851 | M-14 | Political Prisoner U.S. Army RA18691642 U.S. Citizen |

I am requesting ___ Information or ___ Interview for the following reasons:

Lawyer Trey E Loftin Bar card number 24004774 601 North Rm 1187 suit 3. Phone 817-441-8933 fax (817) 444-1326 Aledo Texas zip code 76008, they flew me in on Delta Air lines on or about July 18, 2023 Cause No-CR23-0375 from Salt Lake City Utah - to Atlanta Georgia, to DFW Fort Worth Texas

Date: August 2, 2023 10:00 AM approximately

Inmate/Detainee Signature: 28 USC §1746 John H Hughes Jr fed 19, 1947 - SS. 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

**Staff Response (Inmate/Detainee will not write below this line.)**

See Attached - PG 1

Date: 8.4.23    Staff Signature: [signature]

CC. Copies    Page 2 0 2.

U.S. District Court 918 S. Taylor St. Fort Worth Texas 76102
Birth cert. # 1263 = John Henry Hughes Jr. 2-19-47

**LASALLE CORRECTIONS** — Inmate/Detainee Request for Services

Exhibit-2     Parker County Jail     8-4-2023

| Inmate/Detainee Name: | Inmate/Detainee Number: | Housing Location: | Assignment: | |
|---|---|---|---|---|
| John H Hughes JR 28 USC § 1746 | B12851 CDC California Dept Correction | M-14 | Inmate Political Prisoner | U.S. Citizen U.S. Army RA18691642 |

I am requesting ___ Information or ___ Interview for the following reasons:

I am John H Hughes Jr. I would Request a captain of the Parker County Jail - to get the telephone number of Department of Homeland Security at Texarkana Texas. My U.S. consulant. I am a vetertain of the U.S. Army RA18691642 To contact my lawyer Trey Loftin Bar card Number 24004774 601 North FM 1187, Suit 3

Date: Aug August 2-2023   28 U.S.C § 1746

Inmate/Detainee Signature: John H. Hughes Jr 2-19-1947 - S.S. 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

**Staff Response** (Inmate/Detainee will not write below this line.)

870-773-2774 - #
305 E 6th St Texarkana — Address
AR - 71854

Date: 8-4-23   Staff Signature: [signature]

cc copies     Page 1 of 2   28 U.S.C § 1746
United District Court 918 Taylor St, Fort Worth Texas 76102
Birth certific number 1263 - Tx class A 10502993

AB22023B-1,000. AB04440B - AB239057B 100,000
Hornets and Dodge Wasp. Reel

**LASALLE CORRECTIONS**

Parker County Jail

## Inmate/Detainee Request for Services

*Inmate/Detaine will complete this section.*

| Inmate/Detainee Name: | Inmate/Detainee Number: | Housing Location: | Assignment: |
|---|---|---|---|
| John Henry Hughes Jr | So# 0879421 | C 2 | Sgt |

I am requesting ___ Information or ___ Interview for the following reasons:

I am Requesting the shift Sgt to Get my Ipay Debit card and other Debit cards Wells Fargo, Debit EBt card 1st Bank of Texas visa card, Comerica Debit card. To Transfer money to my account to pay for things like Commissary, Pad, Shoes, Socks, Under wear, Hygiene !! Respectfully Requested.

Date: Sept 5, 2023

Inmate/Detainee Signature: John H. Hughes Jr.
28, USC § 1746 - Sept 5, 2023

**Staff Response** (Inmate/Detainee will not write below this line.)

We do not mess with any forms of debit/credit card. Your people can come and pick up your small property and do what your requesting

Date: 9/6/23    Staff Signature: [signature]



John K. Hughes Jr. SO# 879421
Parker County Jail - CR
612 Lamesa St.
Weatherford Texas 76086

TO: The United States District Court for Tarrant County clerk.
918 East Taylor St
Fort Worth Texas 76102

Legal Mail

Legal Mail

Legal Mail

**INDIGENT POSTAGE**

NORTH TEXAS TX P&DC
DALLAS TX 750
18 SEP 2023 PM 1 L
RETURN FOR ADDITIONAL
POSTAGE .24¢

