IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN H. HUGHES, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:23-CV-984-Y |
| | § | |
| THE STATE OF TEXAS, ET AL., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that John H. Hughes, Jr.'s petition for writ of mandamus under 28 U.S.C. § 1651 is DISMISSED.

SIGNED February 23, 2024.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE